AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

District of Columbia

| United States of America | ) | |
|---|---|---|
| v. | ) | **Case: 1:21-mj-00560** |
| | ) | **Assigned to: Judge Harvey, G. Michael** |
| Joseph Irwin | ) | **Assign Date: 8/12/2021** |
| | ) | **Description: COMPLAINT W/ ARREST WARRANT** |
| | ) | |

_Defendant_

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
_(name of person to be arrested)_                    Joseph Irwin                    ,
who is accused of an offense or violation based on the following document filed with the court:

❏ Indictment     ❏ Superseding Indictment     ❏ Information     ❏ Superseding Information     ☒ Complaint
❏ Probation Violation Petition     ❏ Supervised Release Violation Petition     ❏ Violation Notice     ❏ Order of the Court

This offense is briefly described as follows:

18 U.S.C. §§ 1752(a)(1) and (2) - Knowingly Entering or Remaining in a Restricted Building or Grounds and Disorderly and Disruptive Conduct in a Restricted Building or Grounds;
40 U.S.C. §§ 5104(e)(2)(D) and (G) - Disorderly Conduct in a Capitol Building and Parading, Demonstrating, or Picketing in a Capitol Building.

Digitally signed by G. Michael Harvey
Date: 2021.08.12 11:03:01 -04'00'

Date:      08/12/2021

_Issuing officer's signature_

City and state:          Washington, D.C.

G. Michael Harvey, U.S. Magistrate Judge
_Printed name and title_

---

### Return

This warrant was received on _(date)_  8/12/21  , and the person was arrested on _(date)_  8/17/21
at _(city and state)_  Cecilia, KY .

Date:  8/17/21

_Arresting officer's signature_

Joshua Powers  SA
_Printed name and title_